JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA CERDA, an individual,<br><br>           Plaintiff,<br><br>      vs.<br><br>SHASTA BEVERAGES, INC., NATIONAL BEVPAK, NATIONAL BEVERAGE CORP. and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No.: CV 20-4651-DMG (AGRx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [36]** |

-2-

Pursuant to the Stipulation entered into by and between Plaintiff VERONICA CERDA and Defendants SHASTA BEVERAGES, INC., NATIONAL BEVPAK and NATIONAL BEVERAGE CORP., through their respective counsel of record, and good cause appearing thereby,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice in its entirety. All scheduled dates and deadlines are VACATED.

DATED: October 1, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE